UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMASA GABRIELLA BOLANOS-REYNOSO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BROOKE ROLLINS,<br>Secretary of Agriculture,<br><br>　　　　Defendant. | Civil Action No. 24-2649 (AHA) |

## JOINT STATUS REPORT

Pursuant to the Court's March 26, 2025, Minute Order, the parties have conferred and provide the following Joint Status Report. On March 26, 2025, the Court ordered the parties to file a joint status report "advising the Court whether all parties consent to the exercise of jurisdiction by a magistrate judge in this case." Mar. 26, 2025, Min. Order. The parties have conferred, and there is no consensus on referral of this case to a magistrate judge.

\*　　\*　　\*

Dated: April 3, 2025                            Respectfully submitted,


| | |
|---|---|
| _____/s Joshua Erlich_____ | |
| Joshua Erlich (DC Bar No. 1011008) | EDWARD R. MARTIN, JR., D.C. Bar #481866 |
| Katherine Herrmann (DC Bar No. 1034189) | United States Attorney |
| THE ERLICH LAW OFFICE, PLLC | |
| 1550 Wilson Blvd, Suite 700 | BY: ___/s/ Erika Oblea_____ |
| Arlington, VA 22209 | ERIKA OBLEA, DC Bar #1034393 |
| Tel: (703) 791-9087 | Assistant United States Attorney |
| Fax: (703) 722-8114 | U.S. Attorney's Office |
| jerlich@erlichlawoffice.com | 601 D St., N.W. |
| kherrmann@erlichlawoffice.com | Washington, D.C. 20530 |
| | Telephone: (202) 252-2567 |
| | erika.oblea@usdoj.gov |
| *Counsel for the Plaintiff* | |
| | *Attorneys for the United States of America* |